United States District Court
Southern District of Texas

**ENTERED**

March 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES AVERY CRAFTSMAN, INC, | § § | CIVIL ACTION NUMBER 4:25-cv-03095 |
| Plaintiff, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| JAELYN BOUTIQUE, *et al*, | § | |
| Defendants. | § | |

**ORDER**

The pending letter from Plaintiff James Avery Craftsman, Inc, dated February 26, 2026, has been reviewed along with the response from Defendants Liceth Pardue, Cecilia Molano, Ag47 Creations LLC, and Selah 925 LLC dated March 3, 2026.

Dispute about extent of production to date or good faith of efforts in that regard isn't, at present, pertinent. Plaintiff is plainly entitled to the discovery it seeks, as it is both relevant and proportional.

To the extent they haven't already, Defendants are ORDERED to produce the following:

- o Documents concerning James Avery Trademarks and Copyrights;
- o Documents concerning the Lawsuit and other Defendants;
- o Documents concerning Defendants' relationships to each other;
- o Documents concerning the design, manufacture, importation, distribution, marketing,

advertising, sale of jewelry and communications with suppliers;

o Documents concerning Silver Content, Marking & Compliance with Stamp Act;

o Documents concerning Raid by Houston Police Department;

o Documents concerning Financial Records, Bank Statements, etc;

o Documents concerning Trial Exhibits & Expert Witnesses;

o Documents concerning the Pardue Defendant's Customers;

o Documents concerning Jewelry Designs;

o Documents disclosed in Initial Discovery or defenses;

o Documents relating to Insurance Coverage;

o Documents relating to Training of Employees;

o Documents relating to Witness Statements; and

o Documents relating to Storage of Documents and Information.

It is noted that these Defendants have or intend to plead privilege against self-incrimination under the Fifth Amendment. They are entitled to do so. But they must state any objection with sufficient specificity as to each category of documents requested, so that any later dispute can be considered.

Plaintiff may bring a further letter, at an appropriate time after receiving updated objections or assertions of privilege

So ORDERED.

Signed on March 18, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2